JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, 2nd Floor
Sacramento, California 95814
Telephone: (916) 505-1687

Attorney for Defendant
GAYLE LEA FARINHA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                             )<br>            Plaintiff,       )<br>                             )<br>     v.                      )<br>                             )<br>GAYLE LEA FARINHA,           )<br>                             )<br>            Defendant.       )<br>_____)  | No. CR-S 04-116-EJG<br><br>PROPOSED ORDER RE MODIFICATION OF<br>SUPERVISED RELEASE CONDITIONS<br><br><br><br>Hon. Edgar J. Garcia |

**ORDER**

For the reasons stated in the defendant's motion filed June 1, 2005, and without objection by the government, the Court hereby orders that the defendant's condition of supervised release in the above-captioned case be modified to delete special condition #5 that required the defendant to serve 120 days in home detention to commence at the direction of the probation officer.  All other conditions of supervised release are to remain in effect.  The clerk is directed to amend the judgment consistent with this order.

Dated: <u>June 3</u>, 2005

/s/ Edward J. Garcia
Hon. Edward J. Garcia
U.S. District Judge