C. EMMETT MAHLE, SBN 104069
Attorney at Law
901 H Street, Suite 203
Sacramento, CA 95814
(916) 447-1646
(916) 442-1924(Fax)

Attorney for Defendant
GAYLE LEA FARINHA



FILED

JUN - 6 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GAYLE LEA FARINHA,<br><br>Defendant. | Case No.: CR.S-04-0116 EJG<br><br>STIPULATION AND (PROPOSED) ORDER |

## STIPULATION

This matter is currently scheduled for Judgment and Sentencing on June 9, 2006, 10:00 a.m., in the courtroom of the Honorable Edward J. Garcia, Senior United States District Judge. I have contacted counsel for the United States, AUSA Michelle Rodriguez, and she has agreed, subject to the Court's approval, to continue this matter until July 7, 2006, at 10:00 a.m. I have also contacted the Defendant Gayle Lea Farinha, and she has agreed, subject to the Court's approval, to continue this matter until the above date.

I have been involved in a two-jury homicide trial for the past month in state court, and have not completed my work on the sentencing memorandum that I wish the Court to consider. Also, I have been consulting with AUSA Michelle Rodriguez on certain aspects of this Judgment and Sentencing. She is scheduled to be out of the office from June 9-June 29, 2006, and would not be available for the original court date.

- 1

All parties and the Defendant hereby stipulate to a continuance of the now scheduled Judgment and Sentencing scheduled for June 9, 2006, at 10:00 a.m., to July 7, 2006, at 10:00 a.m., in the Courtroom of the Honorable Edward J. Garcia. They further stipulate to the exclusion of time through that date pursuant to Local Code T-4, as the continuance is necessary for preparation of counsel.

DATED; __6/6/06__

/s/ C. EMMETT MAHLE
C. EMMETT MAHLE
Attorney for Defendant
GAYLE LEA FARINHA

DATED: __6/6/06__

/s/ MICHELLE RODRIGUEZ
MICHELLE RODRIGUEZ
Assistant U.S. Attorney

(PROPOSED) ORDER

GOOD CAUSE APPEARING, and by stipulation of counsel and the defendant, the Judgment and Sentencing now scheduled for June 9, 2006, at 10:00 a.m., is hereby continued to July 7, 2006, at 10:00 a.m., in the courtroom of the Honorable Edward J. Garcia, Senior United States District Judge  Time is excluded through that date pursuant to Local Code T-4.

DATED: __6/7/06__

EDWARD J. GARCIA
Senior United States District Judge